■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR FUENTES, Appellant. [65 NYS3d 821]—Motion for reargument dismissed as untimely. Present—Smith, J.P., Centra, DeJoseph, Curran and Winslow, JJ.

■ In the Matter of DAVID SCHNEITER et al., Respondents, v NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES, Respondent, and ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant. [65 NYS3d 821]—Motions for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., DeJoseph, Curran, Troutman and Winslow, JJ.

■ HENRY J. WATERMAN, JR., Respondent, v CITY OF ROCHESTER et al., Appellants. [65 NYS3d 820]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, Lindley, Troutman and Winslow, JJ.

■ In the Matter of the Arbitration between TOWN OF GREECE, Appellant, and CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., LOCAL 828, AFSCME, AFL-CIO, Respondent. [67 NYS3d 525]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, Lindley, Troutman and Winslow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG DAVIS, Appellant. [65 NYS3d 821]—Motion for reargument denied. Present—Whalen, P.J., Centra, DeJoseph, NeMoyer and Winslow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSICA N. COURTEAU, Appellant. [65 NYS3d 822]—Motion for reargument denied. Present—Whalen, P.J., Smith, Carni, DeJoseph and Curran, JJ.